# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ELROD HOLDINGS CORP., et al., | ) Case No. 06-11164 (BLS) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| GEORGE MILLER, Chapter 7 Trustee for the bankruptcy estates of Jack K. Elrod Company, Inc. and Elrod Holdings Corp., | ) ) ) Adv. Pro. No. 07-51647 |
| Plaintiff, | ) |
| v. | ) |
| KINCAID CONSTRUCTION, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), made applicable to the instant proceeding by Fed. R. Bank. P. 7041, Plaintiff, George L. Miller, the Chapter 7 Trustee of Elrod Holdings Corp., et al., by and through his undersigned counsel, hereby dismisses the above-captioned adversary proceeding without prejudice.

FLASTER/GREENBERG P.C.

Dated: May 7, 2008

William J. Burnett, Esquire (WB4536)
913 Market Street, Suite 1001
Wilmington, DE 19801
Telephone: 302-351-1910
Facsimile: 302-351-1919

*Attorney for the Chapter 7 Trustee*